# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAMAR SANDERS

NO. 2020 KW 0017

FEB 1 8 2020

---

In Re:    Lamar Sanders, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-09-0654.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish shows the district court denied relator's Motion for Reduction of Sentence on June 17, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT